# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-07483-MMM(CWx) | Date | November 3, 2009 |
|---|---|---|---|

| Title | Yoon Chul Yoo v. Matthew Arnold et al |
|---|---|

| Present: The Honorable | MARGARET M. MORROW |
|---|---|

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**     IN CHAMBERS - ORDER TO SHOW CAUSE

IT IS ORDERED that plaintiff's counsel show cause, no later than **November 17, 2009**, why this action should not be dismissed for the failure to pay the required fee.

Counsel is advised that the Court will consider the payment of $395.00 (the original filing fee, plus a $45.00 returned check processing fee), by tendering cash, cashier's check or money order as a satisfactory response to the ORDER TO SHOW CAUSE.