THE LAW OF JASON B. CRUZ
Jason Cruz, Esq. (SBN 203133)
18 E. State Street, Suite 203-1
Redlands, California 92373
Phone: (714) 221-0644
Facsimile: (866) 838-8344

LYNCH COX GILMAN & GOODMAN, P.S.C.
John Cox, Esq. (Admitted in KY)
500 W. Jefferson Street, Suite 2100
Louisville, Kentucky 40202
Phone: (502) 589-4215
Facsimile: (502) 589-4994
Attorneys for Dark Hall Productions, LLC and Matthew Arnold

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

YOON CHUL YOO, et al.

Plaintiff,

v.

MATTHEW ARNOLD, et al.

Defendants.

MATTHEW ARNOLD, et al.

Counter-Plaintiff,

v.

YOON CHUL YOO, et al.

Counter-Defendants.

CASE NO.: cv09-7483 MMM (CWx)

**MOTION TO EXTEND DISCOVERY DEADLINE TO COMPLETE PLAINTIFF YOON CHUL YOO'S DEPOSITION**

The Defendants, Matthew Arnold, et al. move this Court for an extension of time solely for the purposes of completing the Plaintiff, Yoon Chul Yoo's deposition as well as for the production of the documents requested in the notice.

In support, Defendants state that on September 17th, 2010 it issued the attached deposition notice and request for documents to the Defendant, Yoon Chul Yoo. (See **Exhibit A**). As this Court is well aware, on August 26, 2010 counsel for Yoo filed a Motion to Withdraw which is pending before the Court. As expressed on the status conference with the Court on September 23rd, 2010, undersigned counsel has no objection to the withdrawal, but does not want this case to be delayed and understands the court expressed a similar sentiment. However, presumably because of his withdrawal, Mr. Yoo's withdrawing counsel flatly objected to everything in the deposition notice and request for production. This is despite the facts that Mr. Yoo sued Mr. Arnold in Federal Court in California and the law generally requires a plaintiff to make himself or herself available in the jurisdiction where he or she filed the lawsuit. See U.S. ex rel. Harris v. Alan Ritchey, Inc., 2008 WL 859458 (W.D. Wash. 2008) and Objections to Deposition Notice of Yoon Chul Yoon attached as **Exhibit B**.

Mr. Yoo's withdrawing counsel indicates that the Defendant is trying "to circumvent the requirements for deposing a foreign party" (**Exhibit** B, pg. 1). Defendants disagree. Obviously it will be necessary to try and resolve this with either Mr. Yoo directly or whomever Mr. Yoo's new counsel will be as it is questionable whether anyone can possibly take such a position in good faith given Mr. Yoo's financial wellbeing and his decision to pursue this action against Defendants in California. It is doubtful though that such a resolution can be reached in the immediate future due to the current arrangements by Mr. Yoo with counsel. As such undersigned counsel moves the Court only to extend the discovery deadline for purposes of Mr. Yoo's deposition and for the production of documents sought therein.

LYNCH, COX, GILMAN & GOODMAN

/s/ John D. Cox
John D. Cox (pro hac vice admission)

500 W. Jefferson Street, Suite 2100
Louisville, Kentucky 40202
Phone: (502) 589-4215
Facsimile: (502) 589-4994

and

/s/Jason B. Cruz
18 E. State Street, Ste. 203-1
Redlands, California 92373
Phone: (909) 792-4400
Facsimile: (909) 792-1144
Attorneys for Dark Hall Productions, LLC and Matthew Arnold

THE LAW OF JASON B. CRUZ
Jason Cruz, Esq. (SBN 203133)
18 E. State Street, Suite 203-1
Redlands, California 92373
Phone: (714) 221-0644
Facsimile: (866) 838-8344

LYNCH COX GILMAN & GOODMAN, P.S.C.
John Cox, Esq. (Admitted in KY)
500 W. Jefferson Street, Suite 2100
Louisville, Kentucky 40202
Phone: (502) 589-4215
Facsimile: (502) 589-4994
Attorneys for Dark Hall Productions, LLC and Matthew Arnold

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

YOON CHUL YOO, et al.

Plaintiff,

v.

MATTHEW ARNOLD, et al.

Defendants.

MATTHEW ARNOLD, et al.

Counter-Plaintiff,

v.

YOON CHUL YOO, et al.

Counter-Defendants.

CASE NO.: cv09-7483 MMM (CWx)

**PROPOSED ORDER**

Motion have being made and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that discovery cut off is extended or 30 days solely for the purposes of completing the deposition of the Plaintiff, Yoon Chul Yoo and obtaining the documents set forth in the Notice attached to the Motion as **Exhibit A.**



Tendered By:

/s/ Jason B. Cruz

Jason B. Cruz
THE LAW OFFICE OF JASON B. CRUZ,
18 East State Street, Suite 203-1
Redlands, California 92373
(909) 792-1144

**PROOF OF SERVICE**

**STATE OF KENTUCKY, COUNTY OF JEFFERSON**

I am employed in the aforesaid County, State of California; I am over the age of 18 and not a party to the within action; my business address is

_X_ THE LAW OFFICE OF JASON B. CRUZ
18 East State Street, Suite 203-1
Redlands, California 92373
Tel: (909) 792-4400

I served the following listed documents on the interested parties in this action as follows:

**MOTION TO EXTEND DISCOVERY DEADLINE TO COMPLETE PLAINTIFF YOON CHUL YOO'S DEPOSITION**

_X_ Filed and served electronically in accordance with the Court's electronic filing ("ECF") rules, pursuant to which registered ECF users receive service copies by email delivery. A courtesy copy will follow by U.S. Mail.

Mark D. Baute, Esq.
Sean Andrade, Esq.
BAUTE & TIDUS, LLP
777 South Figueroa Street
Suite 4900
Los Angeles, California 90017
Phone: (213) 630-5000
Facsimile: (213) 683-1225
*Attorneys for Plaintiff YOON CHUL YOO*

_X_ (FEDERAL) I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made, and I certify under penalty of perjury that the foregoing is true and correct.

Executed on October 8, 2010 at Louisville, Kentucky.

David Noel
Printed Name

/s/ David Noel
Signature