JASON B. CRUZ (SBN: 203133)
The Law Office of Jason B. Cruz
18 E. State Street, Suite 203-1
Redlands, California 92373
Telephone: (909) 792-4400
Facsimile: (909) 792-1144
Email: jcruz@jcruzlaw.com

LYNCH COX GILMAN & GOODMAN, P.S.C.
John Cox, Esq. (Admitted in KY)
500 W. Jefferson Street, Suite 2100
Louisville, Kentucky 40202
Telephone: (502) 589-4215
Facsimile: (502) 589-4994
Email: jcox@lynchcox.com

*Attorneys for Defendants and Counter Claimants*
*Dark Hall Productions, LLC and Matthew Arnold*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| YOON CHUL YOO, et al.<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MATTHEW ARNOLD, et al.<br><br>　　　　Defendants. | CASE NO.: CV09-7483 MMM (CWx)<br><br>**[PROPOSED] ORDER ON MOTION ENTER DEFAULT JUDGMENT** |
| MATTHEW ARNOLD, et al.<br><br>　　　　Counter-Claimant,<br><br>　v.<br><br>YOON CHUL YOO, et al.<br><br>　　　　Counter-Defendants. | Judge:  Margaret M. Morrow<br><br>Magistrate:  Carla Woehrle<br><br>Hearing:<br><br>Date:  February 13, 2012<br>Time:  10:00 a.m.<br>Court:  Roybal Federal Bldg.<br>Room:  780<br>Judge:  Margaret M. Morrow |

TO ALL THE PARTIES AND THEIR RESPECTIVE ATTORNEYS;

Motion having been made and the Court having considered the Defendants/Counter-

claimant's Motion for Default Judgment and the entry by the clerk of Plaintiff/Counter-Defendant's default, it is hereby ORDERED;

    1.    The Motion for Default Judgment of Matthew Arnold and Dark Hall Productions, LLC against Yoon Chul Yoo and the Similarly Situated Investors is GRANTED;

    2.    Defendants Matthew Arnold and Dark Hall Productions, LLC are awarded judgment against Yoon Chul Yoo and the Similarly Situated Investors in the following amounts:

    a.    $963,460.15 – Attorneys fees incurred in Dark Hall Productions, LLC et al v. Sophia Yoo, et al matter;

    b.    $194,301.03 - Attorneys fees incurred in action against Bank of America;

    c.    $86,453.61 – Attorneys fees incurred in Federal Court Action by Yoon Chul Yoo;

    d.    $2,305,407.02 – Funds which were stolen and not recovered equalt to $1,761,141.82 – plus interest from the date the money was converted (July 31, 2007) by the Yoos at 8%; and

    e.    $1,052,493.15 – the $800,000.00 Ms. Yoo received from a Japenese Investor for Dark Hall to meet the $4.5 million dollar budget which was never turned over to Dark Hall plus interest at 8% from July 1, 2007.

    f.    $391,344.66 – Interest on the $1,945,000.00 from the date it was stolen (August 22, 2007) until the date it was recovered (February 25, 2010) at 8% interest.

        Total: $4,993,459.82

    3.    This is a final and appealable judgment disposing of all remaining claims and there is no just cause for delay of its entry.

DATED: _____

        MARGARET M. MORROW
        UNITED STATES DISTRICT COURT JUDGE

Tendered by:

*/s/ JohnD.Cox*
John D. Cox (*pro hac vice* admission)
Lynch, Cox, Gilman & Goodman, P.S.C.

and

Jason B. Cruz
Law Offices of Jason B. Cruz

*Attorneys for Defendant and Counter-Claimants*
*Dark Hall Productions, LLC and Matthew Arnold*

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO

I, David Noel, state that at the time of service, I was over 18 years of age and not a party to this action. My business address is 18 E. State Street, Ste 203-1, Redlands, CA 92373.

On November 22, 2011, I served true and correct copies of the following documents described as

**[PROPOSED] ORDER ON MOTION TO ENTER DEFAULT JUDGMENT**

On the interested parties in this action as follows:

> Yoon Chul Yoo  *Plaintiff and Counter-Defendant*
> c/o Sophia Yoo
> 871 Crenshaw Boulevard, Suite 405
> Los Angeles, CA 90005
> Sophiay7@yahoo.com

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with The Law Office of Jason B. Cruz's for collecting and processing correspondence for mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. The document(s) were also sent via electronic transmission to the persons at the email address listed on the Service List.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

Executed on November 22, 2011, at Redlands, California.

*/s/David Noel*