# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 09-07483 MMM (CWx) | Date February 8, 2012 |
| Title *Yoon Chul Yoo, et al. v. Matthew Arnold et al.* | |

Present: The Honorable **MARGARET M. MORROW**

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** Order Taking Motion for Entry of Default Judgment Under Submission and Off Calendar[96]

On November 22, 2011, defendants and counter-plaintiffs Dark Hall Productions, LLC and Matthew Arnold filed a motion for default judgment. Counter-plaintiffs' motion is currently on calendar for hearing on February 13, 2012 at 10:00 a.m. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the court finds that this matter is appropriate for decision without oral argument. The hearing scheduled for February 13, 2012 is hereby vacated and taken off calendar. The matter will be deemed submitted on February 13, 2012, and the clerk will notify the parties when the court has reached a decision.