THE LAW OFFICE OF JASON B. CRUZ
Jason Cruz, Esq. (SBN 203133)
18 E. State Street, Suite 203-1
Redlands, California 92373
jcruz@jcruzlaw.com
Telephone: (714) 221-0644
Facsimile: (866) 838-8344

LYNCH COX GILMAN & GOODMAN, P.S.C.
John Cox, Esq. (Admitted in KY)
500 W. Jefferson Street, Suite 2100
Louisville, Kentucky 40202
jcox@lynchcox.com
Phone: (502) 589-4215
Facsimile: (502) 589-4994

Attorneys for Defendant and Counter-Claimants
Dark Hall Productions, LLC and Matthew Arnold

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| YOON CHUL YOO, et al.<br><br>            Plaintiff,<br><br>v.<br><br>MATTHEW ARNOLD, et al.<br><br>            Defendants. | CASE NO.: CV09-7483 MMM (CWx)<br><br>**NOTICE PURSUANT TO LOCAL RULE 83.9** |
| MATTHEW ARNOLD, et al.<br><br>            Counter-Claimant,<br><br>v.<br><br>YOON CHUL YOO, et al.<br><br>           Counter-Defendants. | Judge: Margaret M. Morrow<br><br>Magistrate: Carla Woehrle |

TO THE COURT, ALL THE PARTIES AND THEIR RESPECTIVE ATTORNEYS;

Come now defendants and counter-plaintiffs, Dark Hall Productions, LLC and Matthew Arnold (collectively "Dark Hall"), by counsel, and as required pursuant to Local Rule 83-9.2, hereby respectfully request that the Court render a decision on Dark Hall's motion for default

judgment. Pursuant to Document #98 in the Docket, this matter was deemed submitted on February 13, 2012. As plaintiff has not availed himself to the Court and there is no attorney for Plaintiff currently on record, the motion is not filed jointly as described in the rule.

Respectfully submitted, this 16th day of July 2012:

/s/ Jason B. Cruz
John D. Cox (pro hac vice admission)
Lynch, Cox, Gilman & Goodman, P.S.C.

and

Jason B. Cruz
Law Offices of Jason B. Cruz
*Attorneys for Defendant and Counter-Claimants*
*Dark Hall Productions, LLC and Matthew Arnold*

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO

The undersigned states that at the time of service, I was over 18 years of age and not a party to this action. My business address is 18 E. State Street, Ste 203-1, Redlands, CA 92373.

On July 16, 2012, I served true and correct copies of the following documents described as
**NOTICE 83.9 RULING ON MOTION**

On the interested parties in this action as follows:

Yoon Chul Yoo                 *Plaintiff and Counter-Defendant*
c/o Sophia Yoo
871 Crenshaw Boulevard, Suite 405
Los Angeles, CA 90005
Sophiay7@yahoo.com

Hon. Margaret M. Morrow
c/o Lydia Yurtchuk
USDC Central Dist of CA
Roybal Federal Bldg., Rm. 780
255 East Temple St.
Los Angeles, CA 90012

Chief Judge Aubrey B. Collins
c/o Angela Bridges
USDC Central Dist of CA
Roybal Federal Bldg., Rm. 680
255 East Temple St.
Los Angeles, CA 90012

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the Law Office of Jason B. Cruz' practice for collecting and processing correspondence for mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. The document(s) were also sent via electronic transmission to the persons at the email address listed on the Service List.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

Executed on July 16, 2012, at Redlands, California

*/s/ Jason B. Cruz*
Jason B. Cruz