UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOON CHUL YOO,<br><br>        Plaintiff,<br><br>    vs.<br><br>MATTHEW ARNOLD, an individual; DARK HALL PRODUCTIONS, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>        Defendants.<br><hr>MATTHEW ARNOLD, an individual; DARK HALL PRODUCTIONS, LLC, a California limited liability company,<br><br>        Counterclaimants,<br><br>    vs.<br><br>YOON CHUL YOO, an individual; and DOES 1-10, inclusive,<br><br>        Counterdefendants. | CASE NO. CV 09-07483 MMM (CWx)<br><br>JUDGMENT |

   On May 10, 2011, the court entered an order dismissing plaintiff Yoon Chul Yoo's affirmative claims for failure to prosecute. On October 28, 2011, it granted counterclaimants' motion to strike Yoo's answer to the counterclaims and enter his default on the counterclaims. On March 25, 2013, the court granted counterclaimants' motion for entry of default judgment against counter-defendant Yoon Chul Yoo. Accordingly,

1  IT IS ORDERED AND ADJUDGED

2  1. That Yoo's claims against Matthew Arnold and Dark Hall Productions LLC are dismissed without prejudice for lack of prosecution;

2. That Dark Hall Productions, LLC ("DHP") recover compensatory damages from Yoo in the amount of $2,561,141.82; prejudgment interest in the amount of $1,941,222.50; and $86,453.61 in attorneys' fees; and

3. That the action be, and it hereby is, dismissed.

DATED: March 25, 2012

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE