UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

JUN 23 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

YOON CHUL YOO, an individual, on behalf of himself and similarly situated investors,

    Plaintiff-counter-defendant - Appellant,

 v.

MATTHEW ARNOLD, an individual and DARK HALL PRODUCTIONS, LLC, a California limited liability company,

    Defendants-counter-claimants - Appellees.

No. 13-55670

D.C. No. 2:09-cv-07483-MMM-CW
U.S. District Court for Central California, Los Angeles

**MANDATE**

The judgment of this Court, entered May 29, 2015, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

    FOR THE COURT:
    Molly C. Dwyer
    Clerk of Court

    Rebecca Lopez
    Deputy Clerk