Jason B. Cruz, SBN: 203133
The Law Office of Jason B. Cruz
18 E. State Street, Suite 203-1
Redlands, California 92373
Telephone: (833) 792-4400
Facsimile: (833) 792-1144
Email: jcruz@jcruzlaw.com

*Attorney for Counterclaimants: Matthew Arnold and Dark Hall Productions, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOON CHUL YOO, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 2:09-cv-07483-MMM-CW |
| MATTHEW ARNOLD, an individual; DARK HALL PRODUCTIONS, LLC, a California limited liability company; and DOES 1-10, inclusive, | ) |
| Defendants | ) |
| MATTHEW ARNOLD, an individual; DARK HALL PRODUCTIONS, LLC, a California limited liability company, | ) **APPLICATION FOR RENEWAL** |
| Counter Claimants, | ) **OF JUDGMENT BY CLERK;** |
| | ) **DECLARATION OF MATTHEW** |
| vs. | ) **ARNOLD** |
| YOON CHUL YOO, an individual; and DOES 1-10, inclusive, | ) [NO HEARING SCHEDULED] |
| Counter Defendants. | ) |

Matthew Arnold and Dark Hall Productions, LLC ("Judgment Creditors") hereby apply for Renewal of the Judgment as follows:

1

1.    Judgment Debtor:

    Yoon Chul Yoo
    Brownstone Royal Suite NonHyun, 603
    Hakdong-ro 11-gil
    Gangnam-gu, Seoul
    Republic of Korea 06044

2.    Interest has accrued on the Judgment at .15% per annum, the rate of interest established on the date Judgment was originally entered, March 25, 2013.

3.    IT IS HEREBY REQUESTED that Judgment against Judgment Debtor be renewed in the amount of $4,498,498.92 as follows:

Renewal of Money Judgment:

| | | | |
|---|---|---|---|
| a. | Total Judgment | $ 4,588,817.93 |
| b. | Costs after Judgment | $            0.00 |
| c. | Subtotal | $ 4,588,817.93 |
| d. | Credits after Judgment | $   156,676.25 |
| e. | Subtotal | $ 4,432,141.68 |
| f. | Post-Judgment Interest from March 26, 2013 to March 15, 2023 at .15% accruing at $18.21 per diem | $     66,357.24 |
| g. | Total Renewed Judgment | $ 4,498,498.92 |

This Application is based on the accompanying Declaration of Matthew Arnold, and the pleadings, records, and files in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 15, 2023 at Redlands California.

THE LAW OFFICE OF JASON B. CRUZ


/s/ Jason B. Cruz
Jason B. Cruz
*Attorney for Plaintiffs: Matthew Arnold and Dark Hall Productions, LLC*

2

1

2

### DECLARATION OF MATTHEW ARNOLD

3   I, MATTHEW ARNOLD, declare:

4       1.     I am a Judgment Creditor in this matter.

5       2.     I am a Manager of DARK HALL PRODUCTIONS, LLC, also a

6   Judgment Creditor in this matter (jointly "Judgment Creditors").

7       3.     I hired HMP Law (formerly Hwang Mok Park PC), a law firm

8   specializing in collections in the Republic of Korea, to pursue collections against

9   YOON CHUL YOO, an individual ("Judgment Debtor"), in the Republic of Korea.

10      4.     On or about February 11, 2019, I received $110,241.20 from recovery

11  of a bond of Judgment Debtor's from the Republic of Korea.

12      5.     5. On or about May 11, 2020, I received $45,384.38 from the sale of a

13  real estate collected from Judgment Debtor from the Republic of Korea.

14      6.     Judgment was entered March 25, 2013 against Judgment Debtor,  in the

15  total sum of $4,588,817.93. A true and correct copy of the Judgment is attached

16  hereto as Exhibit "1".

17      7.     Payments in the amount of $156,676.25 have been credited against the

18  Judgment. A true and correct copy of the accounting is attached hereto as Exhibit "2".

19      8.     The rate of interest on the Judgment as of March 25, 2013, the date

20  judgment was entered,  is 0.15%, is the weekly average 1-year constant maturity

21  (nominal) Treasury yield, as published by the Federal Reserve System each Monday

22  for the preceding week.[1] The rate sheet used to calculate post-judgment interest is

23  attached hereto as Exhibit "3".

24      9.     The total accrued interest, as calculated on this Application for Renewal

25  of Judgment, from March 26, 2013 to March 15, 2023, is $66,357.24. Judgment

26  Creditor's therefore request the Judgment be renewed in the total sum of

27  $4,498,498.92. The amount was computed as follows:

28

---

[1] The historic interest rate table can be found at https://www.casb.uscourts.gov/sites/casb/files/historic_rates.pdf.

1

Renewal of Money Judgment:

| | | | |
|---|---|---|---|
| a. | Total Judgment | $ | 4,588,817.93 |
| b. | Costs after Judgment | $ | 0.00 |
| c. | Subtotal | $ | 4,588,817.93 |
| d. | Credits after Judgment | $ | 156,676.25 |
| e. | Subtotal | $ | 4,432,141.68 |
| f. | Post-Judgment Interest from March 26, 2013 to March 15, 2023 at .15% accruing at $18.21 per diem | $ | 66,357.24 |
| g. | Total Renewed Judgment | $ | 4,498,498.92 |

10. Judgment Debtor's last known address is:

Yoon Chul Yoo
Brownstone Royal Suite NonHyun, 603
Hakdong-ro 11-gil
Gangnam-gu, Seoul
Republic of Korea 06044

11. The facts stated herein are within my personal knowledge and if called upon to testify I can truthfully and competently do so as to all matters herein contained.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Executed this 15th day of March 2023 in the County of Los Angeles, California.

_____
Matthew Arnold

2

**EXHIBIT "1"**

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

8   | YOON CHUL YOO,                                     ) CASE NO. CV 09-07483 MMM (CWx)

9   |                          Plaintiff,               )
                                                        ) JUDGMENT
10  |               vs.                                 )

11  | MATTHEW ARNOLD, an individual;                    )
      DARK HALL PRODUCTIONS, LLC, a                     )
12  | California limited liability company; and         )
      DOES 1-10, inclusive,                             )

13  |                          Defendants.              )

14  | _____              )

15  | MATTHEW ARNOLD, an individual;                    )
      DARK HALL PRODUCTIONS, LLC, a                     )
16  | California limited liability company,             )

17  |                          Counterclaimants,        )

18  |               vs.                                 )

19  | YOON CHUL YOO, an individual; and                 )
      DOES 1-10, inclusive,                             )

20  |                          Counterdefendants.       )
                                                        )
21

22

23        On May 10, 2011, the court entered an order dismissing plaintiff Yoon Chul Yoo's

24  affirmative claims for failure to prosecute.  On October 28, 2011, it granted counterclaimants'

25  motion to strike Yoo's answer to the counterclaims and enter his default on the counterclaims.

26  On March 25, 2013, the court granted counterclaimants' motion for entry of default judgment

27  against counter-defendant Yoon Chul Yoo.  Accordingly;

28

1  IT IS ORDERED AND ADJUDGED

2  1.   That Yoo's claims against Matthew Arnold and Dark Hall Productions LLC are

3       dismissed without prejudice for lack of prosecution;

4  2.   That Dark Hall Productions, LLC ("DHP") recover compensatory damages from

5       Yoo in the amount of $2,561,141.82; prejudgment interest in the amount of

6       $1,941,222.50; and $86,453.61 in attorneys' fees; and

7  3.   That the action be, and it hereby is, dismissed.

8

9  DATED: March 25, 2012            _____

10                                  MARGARET M. MORROW
                                    UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT "2"**

**Cost Breakdown - Dark Hall Productions**

**Money Received (remuneration)**

| CLIENT | Amount (USD) | Amount (KRW) | Date of Receipt | Note |
|---|---|---|---|---|
| Dark Hall Productions | $10,000.00 | 11,035,000 | Oct. 16, 2014 - by check | Upfront fee for enforcement action |
| Dark Hall Productions/Matthew E Arnold | $1,467.21 | 1,635,500 | Jul. 28, 2017 | Upfront fee for cancellation action |
| | $11,300.00 | 12,531,959 | Feb. 11, 2019 | Success fee |
| | $3,500.00 | 4,285,303 | May. 11, 2020 | Success fee |
| **Total** | **$26,267.21** | **29,487,762** | | |

**Money Received (actual expense)**

| CLIENT | Amount (USD) | Amount (KRW) | Date of Receipt | Note |
|---|---|---|---|---|
| Dark Hall Productions | $700.00 | 815,920 | Aug. 3, 2015 | |
| Dark Hall Productions | $8,700.00 | 10,084,170 | Nov. 17, 2015 | |
| Dark Hall Productions | $275.00 | 314,187 | Apr. 7, 2016 | |
| Matthew E Arnold/Dark Hall Productions | $400.00 | 447,360 | May. 17, 2017 | |
| | | 43,664 | Mar. 21, 2017 | Refund cost amount from Court |
| **Total** | **$10,075.00** | **11,705,301** | | |

**Money Remitted**

| CLIENT | Amount (USD) | Amount (KRW) | Date of Remittance | Note |
|---|---|---|---|---|
| Dark Hall Productions | $91,512.97 | 104,037,490 | Feb. 15, 2019 | Collection of the deposit money |
| Dark Hall Productions | $31,268.03 | 38,567,720 | May. 20, 2020 | Judgment money |
| **Total** | **$122,781.00** | **142,605,210** | | |

**EXHIBIT "3"**

# Post-Judgment Interest Rates - 2013

To find the applicable interest rate, select the week preceding the date of judgment (or the date interest would otherwise apply). If your judgment date is the same as the release date, you should select the prior week's release, as the releases are considered to be issued at the close of the business on the date of release.

| Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) |
|---|---|---|---|---|---|---|---|
| 4-Jan-13 | 0.15 | 5-Apr-13 | 0.13 | 5-Jul-13 | 0.15 | 4-Oct-13 | 0.11 |
| 11-Jan-13 | 0.14 | 12-Apr-13 | 0.12 | 12-Jul-13 | 0.13 | 11-Oct-13 | 0.14 |
| 18-Jan-13 | 0.14 | 19-Apr-13 | 0.12 | 19-Jul-13 | 0.11 | 18-Oct-13 | 0.14 |
| 25-Jan-13 | 0.15 | 26-Apr-13 | 0.12 | 26-Jul-13 | 0.11 | 25-Oct-13 | 0.11 |
| 1-Feb-13 | 0.15 | 3-May-13 | 0.11 | 2-Aug-13 | 0.11 | 1-Nov-13 | 0.11 |
| 8-Feb-13 | 0.15 | 10-May-13 | 0.11 | 9-Aug-13 | 0.12 | 8-Nov-13 | 0.11 |
| 15-Feb-13 | 0.15 | 17-May-13 | 0.11 | 16-Aug-13 | 0.12 | 15-Nov-13 | 0.13 |
| 22-Feb-13 | 0.17 | 24-May-13 | 0.12 | 23-Aug-13 | 0.14 | 22-Nov-13 | 0.13 |
| 1-Mar-13 | 0.17 | 31-May-13 | 0.14 | 30-Aug-13 | 0.13 | 29-Nov-13 | 0.13 |
| 8-Mar-13 | 0.15 | 7-Jun-13 | 0.14 | 6-Sep-13 | 0.15 | 6-Dec-13 | 0.13 |
| 15-Mar-13 | 0.15 | 14-Jun-13 | 0.14 | 13-Sep-13 | 0.13 | 13-Dec-13 | 0.14 |
| 22-Mar-13 | 0.15 | 21-Jun-13 | 0.13 | 20-Sep-13 | 0.11 | 20-Dec-13 | 0.13 |
| 29-Mar-13 | 0.14 | 28-Jun-13 | 0.16 | 27-Sep-13 | 0.10 | 27-Dec-13 | 0.13 |

**PROOF OF SERVICE**

The undersigned states that at the time of service, I was over 18 years of age and not a party to this action.  My business address is 18 E. State Street, Suite 203-1, Redlands, CA 92373.

On March 15, 2023, I served the forgoing **APPLICATION FOR RENEWAL OF JUDGMENT BY CLERK; DECLARATION OF MATTHEW ARNOLD** on the interested parties in this action as follows:

> Yoon Chul Yoo
> Brownstone Royal Suite NonHyun, 603
> Hakdong-ro 11-gil
> Gangnam-gu, Seoul
> Republic of Korea 06044

**BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with The Law Office of Jason B. Cruz' practice for collecting and processing correspondence for mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  The document(s) were also sent via electronic transmission to the persons at the email address listed on the Service List.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

Executed on March 15, 2023, at Redlands, California.

/s/ Jason B. Cruz
Jason B. Cruz

3