1  Jason B. Cruz, SBN: 203133
   The Law Office of Jason B. Cruz
2  18 E. State Street, Suite 203-1
3  Redlands, California 92373
   Telephone: (909) 792-4400
4  Facsimile: (909) 792-1144
5  Email: jcruz@jcruzlaw.com

6  *Attorney for Counterclaimants: Matthew Arnold and Dark Hall Productions, LLC*
7
8           **UNITED STATES DISTRICT COURT**
            **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| YOON CHUL YOO, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) Case No. 2:09-cv-07483-MMM-CW |
| MATTHEW ARNOLD, an individual; DARK HALL PRODUCTIONS, LLC, a California limited liability company; and DOES 1-10, inclusive, | ) ) ) ) ) |
| Defendants | ) |
| MATTHEW ARNOLD, an individual; DARK HALL PRODUCTIONS, LLC, a California limited liability company, | ) ) ) ) **NOTICE OF RENEWAL OF JUDGMENT** |
| Counter Claimants, | ) |
| vs. | ) [NO HEARING SCHEDULED] |
| YOON CHUL YOO, an individual; and DOES 1-10, inclusive, | ) ) ) |
| Counter Defendants. | ) |

TO JUDGMENT DEBTOR, YOON CHUL YOO:

   1.   Notice is hereby given that the Judgment entered on March 25, 2013

1

has been RENEWED.

2. This renewal extends the period of enforceability of the judgment until 10 years from the date the application for renewal was filed.

3. If you object to this renewal, you may make a motion to vacate or modify the renewal with this court.

4. You must make this motion within 30 days after service of this notice on you.

5. A copy of the Application for and Renewal of Judgment is attached.

DATED: _____

_____
CLERK OF COURT