Jason B. Cruz, SBN: 203133
The Law Office of Jason B. Cruz
18 E. State Street, Suite 203-1
Redlands, California 92373
Telephone: (909) 792-4400
Facsimile: (909) 792-1144
Email: jcruz@jcruzlaw.com

*Attorney for Counterclaimants: Matthew Arnold and Dark Hall Productions, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOON CHUL YOO,<br><br>    Plaintiff,<br><br>vs.<br><br>MATTHEW ARNOLD, an individual; DARK HALL PRODUCTIONS, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>    Defendants<br><br>MATTHEW ARNOLD, an individual; DARK HALL PRODUCTIONS, LLC, a California limited liability company,<br><br>    Counter Claimants,<br><br>vs.<br><br>YOON CHUL YOO, an individual; and DOES 1-10, inclusive,<br><br>    Counter Defendants. | Case No. 2:09-cv-07483-MMM-CW<br><br><br><br>**RENEWAL OF JUDGMET BY CLERK** |

Based upon the Application for Renewal of the Judgment entered against YOON CHUL YOO, an indiviudal ("Judgment Debtor"), on March 25, 2013  and

1

for good cause appearing, the Judgment is therefore, **RENEWED** in the amounts as set forth below:

Renewal of money judgment

| | | | |
|---|---|---|---:|
| a. | Total Judgment | | $ 4,588,817.93 |
| b. | Costs after Judgment | | $ 0.00 |
| c. | Subtotal | | $ 4,588,817.93 |
| d. | Credits after Judgment | | $ 156,676.25 |
| e. | Subtotal | | $ 4,432,141.68 |
| f. | Post-Judgment Interest from March 26, 2013 to March 15, 2023 at .15% accruing at $18.21 per diem | | $ 66,357.24 |
| g. | Total Renewed Judgment | | $ 4,498,498.92 |

DATED: March 23, 2023

*Sharon Hall Brown*
DEPUTY CLERK

KIRY K. GRAY, Executive Clerk, U.S. District Court